Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   **Metallography World Corporation**

3. **Other names you know the debtor has used in the last 8 years**

   d/b/a Metallurgical Supplies

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ■ Unknown

   _____ EIN

5. **Debtor's address**

   **Principal place of business**

   **250 Cooper Avenue, Suite 106**
   Number       Street

   **Tonawanda NY 14150-0000**
   City       State       Zip Code

   **Erie**
   County

   **Mailing address, if different**

   Number       Street

   P.O. Box

   City       State       Zip Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City       State       Zip Code

6. **Debtor's website** (URL)   metallurgicalsupplies.com

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**   *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor **Metallography World Corporation** Case number *(if known)*

☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

■ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue** *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **MetLab Corp.** | **Judgment** | $**1865734.47** |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $1865734.47 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4 Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

| Debtor | **Metallography World Corporation** | Case number *(if known)* | |
|---|---|---|---|

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**MetLab Corp.**
Name

**4011 Hyde Park Blvd.**
**P.O. Box 1075**
Number    Street
**Niagara Falls NY 14302-0000**
City                State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **May 23, 2023**
                MM / DD / YYYY

**/s/ Anthony Futino / Director**
Signature of petitioner or representative, including representative's title

**Arthur. G. Baumeister, Jr., Esq.**
Printed name

**Baumeister Denz LLP**
Firm name, if any
**174 Franklin Street, Suite 2**
Number    Street
**Buffalo NY 14202-0000**
City                State         Zip Code
Contact phone **(716) 852-1300**   Email **abaumeister@bdlegal.net**

Bar number    **2104651**

State    **NY**

**/s/ Arthur. G. Baumeister, Jr., Esq.**
Signature of attorney
Date signed    **May 23, 2023**
                MM / DD / YYYY